IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLINT A. FLAKES, #191 068 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:10-CV-57-ID |
| v. | ) | |
| | ) | (WO) |
| WARDEN DANIELS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court are the Recommendation of the Magistrate Judge (Doc. 5, filed March 4, 2010) and Plaintiff's Objection to the Recommendation of the Magistrate Judge (Doc. 7, filed March 17, 2010). The Court, having conducted a *de novo* review of those portions of the Recommendation to which objection is made, ORDERS as follows:

1. Plaintiff's Objection (Doc. 7) be and the same is hereby OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. 5) be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. Plaintiff's action is hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

4. The Court will enter a separate final judgment.

Done this 23rd day of March, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE